1 | PHILLIP A. TALBERT
United States Attorney
2 | ELLIOT WONG
Assistant United States Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA 95814
4 | Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for federal Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MEHRIA NAIM,

          Plaintiff,

          v.

UR JADDOU, ET AL.,

          Defendants.

CASE NO. 2:22-CV-01348-CKD

**STIPULATION AND ORDER FOR FIRST EXTENSION OF TIME**

    The United States respectfully requests an additional 30-day extension of time in which to respond to the Complaint, and counsel for plaintiff does not oppose.

    This case concerns the humanitarian parole applications Plaintiff filed on behalf of four of her family members, which have been pending since October 11, 2021.

///
///
///
///
///
///
///

1

The parties therefore stipulate that the new date for the defendants to file an answer or other dispositive pleading is November 2, 2022.  The parties further request that all other filing deadlines be similarly extended.

Dated:  October 3, 2022

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

By:  /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

/s/ JENNIFER ROZDZIELSKI
JENNIFER ROZDZIELSKI
Counsel for Plaintiff

**ORDER**

It is so ordered.

Dated:  October 5, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2