PHILLIP A. TALBERT
United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for federal Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| MEHRIA NAIM, | CASE NO. 2:22-CV-01348-CKD |
|---|---|
| Plaintiff, | STIPULATION AND ORDER FOR SECOND EXTENSION OF TIME |
| v. | |
| UR JADDOU, ET AL., | |
| Defendants. | |

The United States respectfully requests an additional 60-day extension of time in which to respond to the Complaint, and counsel for plaintiff does not oppose.

This case concerns the humanitarian parole applications Plaintiff filed on behalf of four of her family members, which have been pending since October 11, 2021. Plaintiff recently submitted responses to U.S. Citizenship and Immigration Service's request for evidence. The parties anticipate that this litigation will be moot once the agency completes its adjudication of Plaintiff's applications.

///
///
///
///
///

1

The parties therefore stipulate that the new date for the defendants to file an answer or other dispositive pleading is January 3, 2023. The parties further request that all other filing deadlines be similarly extended.

Dated: November 3, 2022

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

By: /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

/s/ JENNIFER ROZDZIELSKI
JENNIFER ROZDZIELSKI
Counsel for Plaintiff

ORDER

It is so ordered.

Dated: November 7, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE