PHILLIP A. TALBERT
United States Attorney
ELLIOT C. WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900


Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| MEHRIA NAIM. | CASE NO.  2:22-CV-01348-CKD |
| Plaintiff, | STIPULATION AND ORDER OF DISMISSAL |
| v. | |
| UR JADDOU, ET AL., | |
| Defendants. | |


        The parties hereby stipulate to the dismissal of this action in its entirety, each side to bear its own costs of litigation.

Respectfully submitted,

Dated:  December 30, 2022

PHILLIP A. TALBERT
United States Attorney

By:   /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

Dated:  December 30, 2022

/s/ JENNIFER ROZDZIELSKI
JENNIFER ROZDZIELSKI
Counsel for Plaintiff

ORDER

It is so ordered.

Dated:  January 4, 2023

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2